JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICAH ONO, | CV 14-5911 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MRS BPO, LLC, | |
| Defendant. | |

Pursuant to the Court's Minute Order of April 27, 2015 granting the Motion for Summary Judgment filed by defendant MRS BPO, LLC ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against plaintiff Monicah Ono ("Plaintiff") on Plaintiff's claims for violations of the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, and California's Rosenthal Fair Debt Collections Practices Act.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing on her Complaint and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: April 23, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE